(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

O'neil Jason T.

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Dr. Lynch, Matt Wofer, Dr. Jackson, Parry Philips, David Perice, Christen Francis, Dr. Pailea Munoz, Connections, Et al.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. _____
(To be assigned by Clerk's Office)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

__Oneil Jason T.__  __NONE__
Name (Last, First, MI)   Aliases

__00405923__
Prisoner ID #

__James T. Vaughn Correctional Center__
Place of Detention

__1181 Paddock RD.__
Institutional Address

__Smyrna__   __Delaware__   __19977__
County, City   State   Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Dr. Lynch__
Name (Last, First)

__Docter__
Current Job Title

_____
Current Work Address

_____
County, City          State          Zip Code


Defendant 2: __Jhon Doe__
Name (Last, First)

__Nurseing Director__
Current Job Title

__1181 Paddock RD__
Current Work Address

__Smyrna__     __DE.__     __19977__
County, City          State          Zip Code

Page 3 of 12

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 3:  **phihps parry**
Name (Last, First)

**Doc. Commissioner**
Current Job Title

_____
Current Work Address

County, City        State        Zip Code

Defendant 4: **perice Daivd**
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

County, City        State        Zip Code

Defendant(s) continued

Defendant 5: __Francis Christen__
Name (Last First)

_____
Current Job title

_____
Current work Address

_____
County/City          State          Zip Code


Defendant 6: __Jane Doe (DR. Jackson)__
Name (Last first)

__Docter (midical)__
Current Job title

__1181 Paddock RD.__
Current work Address

__smyrna__    __DELAWARE__    __19977__
County/City    State           Zip Code


Defendant 7: __Munoz Pailoa__
Name (Last First)

__Mental health Director__
Current Job title

__1181 paddock RD.__
Current work Address

__smyrna__    __DELAWARE__    __19977__
County City    State           Zip Code


Defendant 8: __Connections__
Name (Last Frist)

_____
Current Job title

_____
Current work Address

__Dover__    __Delaware__    __19901__
County City   State          Zip Code


Et al.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

State which of your federal constitutional or federal statutory rights have been violated:

_____

_____

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> What happened to you?

1. I AM THE PLAINTIFF IN THIS CASE; I MAKE THIS DECLARATION IN SUPPORT OF MY MOTION FOR A PRELIMINARY INJUNCTION TO ENSURE THAT I RECIEVE THE NECESSARY MENTAL HEALTH AND MEDICAL CARE GUARENTEED BY LAW. 2. AS SET FORTH IN THE COMPLAINT IN THIS CASE, IN JUNE OR JULY OF 2013, I SWALLOWED EIGHT PIECES OF A PLASTIC SPOON, AS WELL AS SOME PILLS, IN VIEW OF CORRECTIONAL OFFICER (C/O) MC CAROLE WHILE HOUSED IN THE SECURITY HOUSING UNIT (SHU) ISOLATION POD (HOLE), BLDG 18 C-TIER UPPER CELL 12, AT JAMES VAUGHN CORRECTIONAL CENTER (JTVCC). 3. IN JULY 2013, WHILE HOUSED ON PSYCHIATRIC CLOSED OBSERVATION (PCO) AT JTVCC INFIRMARY, I REMOVED THE METAL PLATE COVERING THE ELECTRICAL OUTLET, BROKE IT INTO FIVE TO EIGHT PIECES AND SWALLOWED THEM. I WAS HOUSED IN IWF CELL 199. DR. LYNCH ORDERED X-RAYS TO BE CONDUCTED, REVEALING SAID METAL SHARDS. DR. LYNCH ORDERED LAXATIVES AND FORCED ME TO PASS THEM VIA RECTUM. MENTAL HEALTH WAS AWARE OF THIS. I WAS THEN PLACED IN ANOTHER PCO CELL WHERE I PROCEEDED TO REMOVE AND SWALLOW ANOTHER PLATE IN

Page 6 of 12

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

> Who did what?

SIMILAR FASHION. DR LYNCH ORDERED ANOTHER X-RAY AND I WAS PLACED IN A THIRD CELL, WHERE I REMAINED UNTIL I PASSED THE METAL VIA RECTUM, THE WHOLE TIME IN PAIN. I INFORMED MENTAL HEALTH TO NO AVAIL. I PERSISTED IN THESE ACTIVITIES THROUGHOUT 2013-2014.

4. CIRCA SEPTEMBER 2014, I WAS PLACED IN THE SHU, AFTER EXPLICITLY INFORMING DIRECTOR LEZLEY SEXTON (MENTAL HEALTH) AND DR PAOLA MUNOZ THAT IF I WERE PLACED BACK IN SHU, I WOULD SWALLOW MORE METAL AS WELL AS OTHER ITEMS. UPON RETURN TO THE SHU, I SWALLOWED FOUR TO FIVE METAL PIECES FROM THE SHU REC YARD FENCE, AND WAS PLACED ON PCO IN THE INFIRMARY WHERE DR LYNCH ORDERED X-RAYS, AND I WAS FORCED TO PASS SEVERAL INCHES OF METAL VIA RECTUM WITHOUT PAIN MEDICATION. ONE WEEK LATER I RETURNED TO THE SHU WHERE I BROKE THE GLASS LIGHT IN MY CELL. I ATE THE GLASS AND METAL FROM SAID LIGHT AND I CUT MY ARMS OPEN INTENTIONALLY. DIR. SEXTON AND DR MUNOZ WERE FULLY AWARE OF MY INTENT TO HARM MYSELF AS WELL AS MY SEVERE DEPRESSION, PRIOR TO THIS INCIDENT, AND WAS STILL PLACED IN THIS ENVIRONMENT WITHOUT PROTECTION FROM MYSELF AND WAS WILLFULLY NEGLECTED. ONCE AGAIN I WAS PLACED ON PCO IN THE INFIRMARY, MORE X-RAYS WERE DONE, AND DR LYNCH STATED THERE WAS NO GLASS IN MY STOMACH. NOT LONG AFTER, I PASSED GLASS VIA RECTUM, REPORTED TO NURSE NANCY, SHE SAW THE GLASS AND BLOOD IN THE EXCREMENT, AND I WAS SENT TO KENT GENERAL WHERE I UNDERWENT EMERGENCY SURGERY. THIS OCCURED SEVERAL TIMES OVER A PERIOD. ON THE FIFTH OR SIXTH TIME AT KENT GENERAL, DR CARPENTER PERFORME SURGERY TO REMOVE OBJECTS FROM MY BODY. KENT GENERAL STOPPED ACCEPTING ME FOR TREATMENT IN 2017. I ONCE AGAIN SWALLOWED A FOREIGN OBJECT ON JUNE 24th 2017 AND WAS ADMITTED TO CHRISTIANA HOSPITAL IN CRITICAL CONDITION

Page 7 of 10

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

> Was anyone else involved?

WHERE I WAS EXPERIENCING SO MUCH PAIN THAT I WAS RUSHED FOR EMERGENCY SURGERY BY DR "JANE DOE." I WAS PLACED INTO AN INDUCED COMA ON A VENTILATOR FOR TWO WEEKS I ENTERED THE ICU WHERE UPON AWAKENING, MY STOMACH BURST AND I WENT SEPTIC. I WAS RETURNED TO THE O.R. TO BE CLEANED AND RE-STITCHED. I REMAINED IN CHRISTIANA HOSPITAL UNTIL SEPTEMBER (THREE MONTHS), IN FOUR-POINT RESTRAINTS THE ENTIRE TIME. 5. WHEN I RETURNED TO JTVCC, I WAS PLACED BY DR. JACKSON ON MEDICAL HOLD. THIS WAS SEPTEMBER OF 2017. CIRCA DECEMBER, I WAS BACK FOR SEVERAL WEEKS, AND I BEGAN RUNNING A FEVER OF 103°. FOR THREE DAYS BEFORE BEING SENT BACK TO CHRISTIANA HOSPITAL BY DR JACKSON WHERE I WAS ADMITTED FOR A WEEK DUE TO A SEVERE INFECTION IN MY STOMACH. I WAS DIAGNOSED WITH MRSA WHICH I HAD CONTRACTED DURING MY PREVIOUS THREE MONTH HOSPITAL STAY. 6. I WAS ULTIMATELY SENT BACK TO JTVCC INFIRMARY WHERE I REMAINED FOR TWO TO THREE WEEKS ON MEDICAL OBSERVATION. 7. THERE WERE SEVERAL TIMES WHERE I WAS LEFT TO SIT WITH FECAL MATTER OVERFLOWING AND REFUSED A REPLACEMENT COLOSTOMY BAG FOR OVER AN HOUR IN THIS CONDITION. THIS OCCURED CIRCA DECEMBER-JANUARY 2018. THE NURSES WERE INSTRUCTED TO ONLY CHANGE MY BAG ONCE EVERY THREE DAYS. SAID BAGS DO NOT WORK/STICK WITHOUT TAPE AND PROPER UTENSILS; DR. JACKSON INFORMED NURSING STAFF TO WITHOLD SUPPLIES DUE TO SHORT MEDICAL SUPPLIES. 8. I WAS RETURNED TO GENERAL POPULATION IN JANUARY 2018 WHERE I WAS ASSAULTED BY SIX INMATES; I WAS KICKED IN THE FACE AND STOMACH. 9. I RETURNED TO THE INFIRMARY IN FEBRUARY 2018 FOR A WEEKEND AND RETURNED TO THE SAME TIER

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Who did what?**

I WAS ASSAULTED ON. DR PAOLA MUNOZ AND DR. JACKSON WERE FULLY AWARE OF THIS. 10. I WAS PLACED IN MHU 21-B TIER, WHERE I BEGAN TO RUN A FEVER. I WAS SENT TO KENT GENERAL WHERE I WAS FOUND TO HAVE A SEVERE STAPH INFECTION AT SURGERY SITE AND WAS PLACED ON INTRAVENOUS ANTIBIOTICS.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution? ☒ Yes ☐ No

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No
    If no, explain why not:

Is the grievance process completed? ☒ Yes ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

To recieve full relief(s) lavis / statutes determind are applicable/required to, including but not limited to injuntive/declaratory reliefs as well as monetarol damages.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☒ Yes  ☐ No

If yes, how many? ___1___

Number each different lawsuit below and include the following:
- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

O'neil V. Willim T. Deely (Esq) 2012

Legal Malpractice

Voluntary droped/withdrawal

Page 11 of 12

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

__4/9/18__
Dated

__Jason T. O'Neil__
Plaintiff's Signature

__O'NEIL JASON T.__
Printed Name (Last, First, MI)

__00405923__
Prison Identification #

__1181 Paddock RD.__    __Smyrna__    __Delaware   19977__
Prison Address          City          State       Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**